JOHN D. SCHOONMAKER, JR., et al., Individually and as Executors of JOHN D. SCHOONMAKER, Deceased, Respondents, v. ELIZABETH N. FAGAN, Appellant.

Submitted January 9, 1941; decided January 23, 1941.

*John J. Scott* for appellant.

*Francis J. Ryan, Jr.,* and *Courtland Palmer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LOUGHRAN, J.